UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20017-CIV-LENARD/WHITE

**FRANCISCO EDDY SURI**,

    Petitioner,

v.

**WALTER A. McNEIL**,

    Respondent.
_____/

### ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 25) AND DENYING PETITION FOR WRIT OF HABEAS CORPUS (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 25), issued on March 8, 2010, recommending this Court deny Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 ("Petition," D.E. 1) on the merits. The Report finds that the state court's rejection of Petitioner's two claims of ineffective assistance of appellate counsel were not contrary to, nor an unreasonable application of, Strickland v. Washington, 466 U.S. 668 (1984). The Report provided the Parties with fourteen (14) days to file objections. To date, the Parties have not filed any objections. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an

independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

**1.** The Report and Recommendation of the Magistrate Judge (D.E. 25), issued on March 8, 2010, is **ADOPTED**;

**2.** Consistent with this Order, Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (D.E. 1), filed on or about December 30, 2008, is **DENIED**;

**3.** This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 14th day of April, 2010.

*/s/ Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**